### Allen SMITH et al. v. G. B. JOHNSON HARDWARE COMPANY.

### No. 1409—6083.

Commission of Appeals of Texas, Section B.

Oct. 26, 1932.

F. L. Henderson and R. V. Armstrong, both of Bryan, W. L. Scott, of Fort Worth, and A. S. Rollins, of Dallas, for plaintiffs in error.

Marshall & King and Binkley & Binkley, all of Graham, for defendant in error.

LEDDY, J.

The assignments presented in the application for writ of error raise the same legal questions as have been this day decided by this Commission in the case of Allen Smith et al. v. Texas Co., 53 S.W.(2d) 774, not yet reported [in State reports].

For the reasons assigned in our opinion in that case, we recommend an affirmance of the judgment of the Court of Civil Appeals.

CURETON, C. J.

The judgment of the Court of Civil Appeals is affirmed, as recommended by the Commission of Appeals.